# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM WARREN BOOTH,<br><br>　　Plaintiff<br><br>v.<br><br>CITY OF RENO,<br><br>　　Defendant | Case No.: 3:20-cv-00001-MMD-WGC<br><br>**Report & Recommendation of<br>United States Magistrate Judge** |

　　This Report and Recommendation is made to the Honorable Miranda M. Du, Chief United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

　　Plaintiff has filed an application to proceed in forma pauperis (IFP) (ECF No. 1) and pro se complaint (ECF No. 1-1). The court sent out its advisory letter on the same date, and then sent out a minute order notifying Plaintiff that Magistrate Judge Carla Baldwin recused herself and the case was reassigned to the undersigned as magistrate judge. (ECF Nos. 2, 3.) Both of those documents were returned as undeliverable. (ECF Nos. 5, 6.)

　　Local Rule IA 3-1 requires an attorney or pro se party to immediately file with the court a written notification of any change of address. A failure to do so may result in dismissal of the action, entry of default or other sanction deemed appropriate by the court. Since Plaintiff initiated this action and then failed to apprise the court of his address, it is recommended that this action be dismissed without prejudice and the case be administratively closed.

## **RECOMMENDATION**

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** this action **WITHOUT PREJUDICE** and administratively closing this case due to Plaintiff's failure to keep the court apprised of his address.

The Plaintiff should be aware of the following:

1. That he may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: March 20, 2020.

_____
William G. Cobb
United States Magistrate Judge