UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILLIAM WARREN BOOTH,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br>CITY OF RENO,<br><br>　　　　　　　　　　Defendant. | Case No. 3:20-cv-00001-MMD-WGC<br><br>ORDER |

The Court dismissed this case because Plaintiff failed to update his address in compliance with the Court's earlier orders on April 6, 2020. (ECF No. 9.) That order was returned as undeliverable. (ECF No. 10.) Between February and September of this year, the United States Marshals Service has forwarded several documents it received from the Washoe County Detention Facility marked with this case number. (ECF Nos. 11, 12, 13, 14.) The Clerk of Court categorized two of these documents as pending motions. (ECF Nos. 12, 14.)

However, these are fugitive documents because this case was previously closed. If Plaintiff wishes to file a new case, he may do so, but he may not continue to file documents in this closed case. The Court will deny the documents characterized as motions and exercise its inherent authority to strike all of the documents Plaintiff has attempted to file since this case was closed. *See, e.g.*, *Mazzeo v. Gibbons*, Case No. 2:08-CV-01387-RLH-PA, 2010 WL 3910072, at *3-*4 (D. Nev. Sept. 30, 2010) (explaining the bases of a court's inherent power to strike unsanctioned documents and enforce litigation management rules and striking unsanctioned documents).

It is therefore ordered that the documents categorized as motions filed since this case was closed (ECF Nos. 12, 14) are denied.

///

The Clerk of Court is directed to strike the fugitive documents Plaintiff has attempted to file since this case was closed. (ECF Nos. 11, 12, 13, 14.)

This case remains closed. The Court will summarily strike any further documents filed in this closed case.

DATED THIS 2nd Day of September 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE